IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LAKEISHA SIMMONS,            )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        2:25cv856-MHT
                             )            (WO)
THE RIDGE AT GRANDVIEW,      )
                             )
     Defendant.             )
```

OPINION AND ORDER

Plaintiff filed this lawsuit against her former employer asserting claims of sexual harassment and retaliation under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*  She contends that a coworker touched her breast without permission and told her she would lose her job if she did not go out with him, and that when she reported him for sexual harassment, she was fired.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without leave to amend based on the passage of the statute of limitations.  Also before the court

are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted to the extent that it recommends dismissal of plaintiff's Title VII claims as untimely.

However, because plaintiff might be able to replead her complaint under state law,[*] and the defendant's citizenship is unknown and therefore could provide a basis for diversity-of-citizenship jurisdiction under 28 U.S.C. § 1332, the court finds that dismissal without leave to amend would be premature at this time. Instead, the court finds that plaintiff should be referred to the court's Pro Se Assistance Program for assistance with determining whether this court has jurisdiction and, if so, drafting a new complaint.

Accordingly, it is ORDERED that:

---

[*] *See, e.g.*, *Ex parte Atmore Cmty. Hosp.*, 719 So. 2d 1190, 1192 (Ala. 1998); *Busby v. Truswal Systems Corp.*, 551 So.2d 322, 323 (Ala. 1989); *Phillips v. Smalley Maintenance Services,* 435 So.2d 705, 709 (Ala. 1983).

(1)  Plaintiff's objections (Doc. 15) are overruled.

(2)  The United States Magistrate Judge's recommendation (Doc. 11) is adopted only to the extent that it finds that plaintiff's Title VII claims should be dismissed as untimely.

(3)  Plaintiff's Title VII claims are dismissed as untimely.

(4)  Plaintiff is granted leave to amend the complaint; this case is referred back to the magistrate judge; and plaintiff is referred to Pro Se Assistance Program for assistance with determining whether this court has jurisdiction and, if so, drafting a new complaint.

DONE, this the 13th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE